IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PASTORI M. BALELE,

    Plaintiff,                             JUDGMENT IN A CIVIL CASE

v.                                              13-cv-171-bbc

PDQ FOOD STORES, INC.,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant PDQ Food Stores, Inc. granting its motion for summary judgment and dismissing this case.

| /s/ | 2/25/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |